IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. 13-cr-153

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. BERTRAND UHDE,

        Defendant.

## ORDER

Kane, J.

This matter is currently before me on Defendant's Unopposed Motion to Restrict Document No. 33 (Doc. 36). I have reviewed Defendant's motion as well as the document he seeks to restrict, and I find he has shown good cause for his request. Accordingly, Defendnat's motion is GRANTED and, pursuant to D.C.COLO.CrimR 47.1, Document Number 33 shall be docketed under level 1 restriction. Access shall be restricted to the parties and the Court..

DATED: February 20, 2015        BY THE COURT:

        **/s/ John L. Kane**
        Senior U.S. District Judge